

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00396-CV

**ARTURO SOLIS,**

                                                        **Appellant**

**v.**

**TDCJ-ID,**

                                                        **Appellee**

**From the 52nd District Court**
**Coryell County, Texas**
**Trial Court No. COT-09-39041**

## MEMORANDUM OPINION

Arturo Solis attempts to appeal from the trial court's judgment filed August 9, 2013, dismissing his cause of action. Because Solis has not complied with the Texas Civil Practice and Remedies Code Chapter 11, governing vexatious litigants, we dismiss the appeal.

Chapter 11 of the Texas Civil Practice and Remedies Code sets out the procedure for declaring a plaintiff a vexatious litigant and prohibiting the plaintiff from filing new litigation. Section 11.001 provides that: "A court may … enter an order prohibiting a

person from filing, pro se, a new litigation in a court to which the order applies under this section without permission of the appropriate local administrative judge described by Section 11.102(a) to file the litigation if the court finds, after notice and hearing as provided by Subchapter B, that the person is a vexatious litigant." TEX. CIV. PRAC & REM. CODE ANN. § 11.101 (a) (West Supp. 2013).

The Office of Court Administration of the Texas Judicial System shall post on the agency's Internet website a list of vexatious litigants subject to prefiling orders under Section 11.101. TEX. CIV. PRAC & REM. CODE ANN. § 11.104 (b) (West Supp. 2013).

A clerk of a court may not file a litigation, original proceeding, appeal, or other claim presented, pro se, by a vexatious litigant subject to a prefiling order under Section 11.101 unless the litigant obtains an order from the appropriate local administrative judge described by Section 11.102(a) permitting the filing. TEX. CIV. PRAC & REM. CODE ANN. § 11.103 (a) (West Supp. 2013).

The OCA's website reflects that on June 27, 2013, the 52nd District Court in Coryell County declared Arturo Solis a vexatious litigant and entered a prefiling order. *See* http://www.txcourts.gov/oca/vexatiouslitigants. This appeal is not an appeal from the order declaring Solis a vexatious litigant. TEX. CIV. PRAC & REM. CODE ANN. § 11.103 (d) (West Supp. 2013).

On January 22, 2014, the Clerk of the Court notified Solis that the appeal was subject to dismissal unless, within ten days from the date of the notice, he filed proof that he had obtained an order from the local administrative judge permitting the filing of this appeal. TEX. CIV. PRAC & REM. CODE ANN. § 11.103 (a) (West Supp. 2013). Solis

filed a response to the notice, but did not provide proof of an order permitting the filing of the appeal.

Accordingly, we dismiss the appeal.  TEX. R. APP. P. 42.3.  We dismiss all pending motions as moot.


AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed February 27, 2014
[CV06]